**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jonathan Richard Lee,                                   Case No. 26-CV-1785 (JMB/JFD)

      Petitioner,

v.                                                                            **ORDER**

State of Minnesota,

      Respondent.

---

Jonathan Richard Lee, Sartell, MN, self-represented.

Lisa Lodin and Thomas R. Ragatz, Minnesota Attorney General's Office – Criminal Appeals, St. Paul, MN; Michael J. Lieberg, Stearns County Attorney's Office, St. Cloud, MN; for Respondent the State of Minnesota.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty dated March 16, 2026. (Doc. No. 4.) The R&R recommends that Petitioner Jonathan Richard Lee's habeas petition and application to proceed in forma pauperis be denied, that this matter be dismissed, and that the Court not issue a certificate of appealability. (*See* Doc. Nos. 1, 2.) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.     The R&R (Doc. No. 4) is ADOPTED.

2. The Petition (Doc. No. 1) is DENIED.

3. The application to proceed in forma pauperis (Doc. No. 2) is DENIED as moot.

4. This action is DISMISSED.

5. The Court will not issue a certificate of appealability.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 1, 2026                                        /s/ *Jeffrey M. Bryan*
                                                            Judge Jeffrey M. Bryan
                                                            United States District Court